The relief described hereinbelow is SO ORDERED

Done this 1st day of February, 2020.

*Bess M. Parrish Creswell*

Bess M. Parrish Creswell
United States Bankruptcy Judge



_____

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re:
SUNSET POINT CONDOMINIUM OWNERS ASSOCIATION, INC.,

    Debtor(s)

Chapter 7

Case No. 16-81278

### ORDER DIRECTING PAYMENT OF FUNDS TO CLAIMANT

Upon consideration of the Application for Payment of Unclaimed Funds filed on September 25, 2019 (Doc. 117), it is hereby

**ORDERED** that the Clerk of the United States Bankruptcy Court is directed to disburse $5,748.75 to the claimant as follows:

    Julia B. Murray
    3435 Armonia Circle
    Colorado Springs, CO  80918

###END OF ORDER###

c:Debtor
  Debtor's Attorney
  Chapter 13 Trustee
  U.S. Attorney
  Julia B. Murray, 3435 Armonia Circle, Colorado Springs, CO  80918

Submitted by:
Janet Clark