UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re SUNSET POINT CONDOMINIUM
OWNERS ASSOCIATION, INC.

Case Number 16-81278
Chapter 7

Debtor.

## Notice of Deficient Application for Payment of Unclaimed Funds

CLAIMANT: Dilks & Knopik, LLC as assignee to April Hargis

CLAIM AMOUNT: $3,911.25

Your application for payment of unclaimed funds cannot be processed for the following reason(s):

☐ The application is not notarized.

☐ A current photo ID is not included with the application.

☐ The payment address on the application does not match the address for payment on the AO-213, AO-213P, or W-9.

☐ The application does not give a complete history of ownership from the original claimant to the party requesting the funds.

☐ There is no notarized statement of the signing representative's authority in the package.

☐ There is no proof of the signing representative's identity in the package.

☒ Other: The assignee photo ID does not include the current address. Need evidence of current address.

The claimant must submit either the information and/or documentation listed above or must submit a written request to extend the deadline by August 20, 2020. If the court does not timely receive the new information and/or documentation, the court will deem the application withdrawn and will take no further action on it. The claimant may submit a new application if he or she wants to begin a new review process.

Send information, documentation, or requests for extension of time to the following address:

> Clerk, U.S. Bankruptcy Court
> Attn: Financial Department
> One Church Street
> Montgomery, AL 36104

Dated July 19, 2020

Juan-Carlos Guerrero
Clerk of Court