The relief described hereinbelow is SO ORDERED

Done this 19th day of July, 2020.

*Bess M. Parrish Creswell*

Bess M. Parrish Creswell
United States Bankruptcy Judge



_____

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re:
  Sunset Point Condominium Owners Association, Inc.     Chapter 7
                                                                              Case No. 16-81278

Debtor.

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

      On 4/24/2020, an application, DE# 125, was filed for the Claimant, Dilks & Knopik, LLC, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant is entitled to the unclaimed funds; accordingly, it is hereby

      ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $2,790.75 held in unclaimed funds be made payable to Dilks & Knopik, LLC as assignee to Darrin and Samantha Wood and be disbursed to the payee at the following address:

35308 SE Center Street
Snoqualmie, WA 98065

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

##END OF ORDER###

c: Debtor
   U.S. Attorney
   Bankruptcy Administrator
   Trustee
   Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA  98065
   Darrin and Samantha Wood, 429 Mount Carmel Rd., Newnan, GA  30263-4202
   Darrin & Samantha Wood, 4502 Gatewood Ave., Columbus, GA  31907-1226

Submitted by:
Janet Clark