The relief described hereinbelow is SO ORDERED

Done this 11th day of September, 2020.

*Bess M. Parrish Creswell*

Bess M. Parrish Creswell
United States Bankruptcy Judge



_____

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re:
Sunset Point Condominium Owners Association, Inc.   Chapter 7
                                                     Case No. 16-81278
Debtor.

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On 4/24/2020, an application, DE# 127, was filed for the Claimant, Dilks & Knopik, LLC, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $3,911.25 held in unclaimed funds be made payable to Dilks & Knopik, LLC as assignee to April Hargis and be disbursed to the payee at the following address:

35308 SE Center Street
Snoqualmie, WA 98065

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

##END OF ORDER###

c: Debtor
  Bankruptcy Administrator
  Trustee
  Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA  98065
  April Hargis, 1090 Boggs Ln, Lakeport, CA  95453-3031
  April E. Hargis, 111 Derby Trail, Corbin, KY 40701-8578
  April Hargis, 5026 Second Street, Kelseyville, CA  95451-9182
  U.S. Attorney, P.O. Box 197, Montgomery, AL  36101-0197

Submitted by:
Janet Clark