# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re Sunset Point Condominium Owners  
Association, Inc.,                                                           Case Number 16-81278  
                                                                                            Chapter 7  
        Debtor.

### Notice of Deficient Application for Payment of Unclaimed Funds

CLAIMANT: Alston Richardson

CLAIM AMOUNT: $3,911.25

Your application for payment of unclaimed funds cannot be processed for the following reason(s):

☐   The application is not notarized.

☐   A current photo ID is not included with the application.

☐   The payment address on the application does not match the address for payment on the AO-213, AO-213P, or W-9.

☐   The application does not give a complete history of ownership from the original claimant to the party requesting the funds.

☐   There is no notarized statement of the signing representative's authority in the package.

☐   There is no proof of the signing representative's identity in the package.

☒   Other: 1. The funds are held by the court in the name of Alston and Ellen Richardson. The application must be refiled by both owners and must include all necessary documents, including a photo ID showing the current address for each owner.

The claimant must submit either the information and/or documentation listed above or must submit a written request to extend the deadline by December 10, 2020. If the court does not timely receive the new information and/or documentation, the court will deem the application withdrawn and will take no further action on it. The claimant may submit a new application if he or she wants to begin a new review process.

Send information, documentation, or requests for extension of time to the following address:

                         Clerk, U.S. Bankruptcy Court  
                         Attn: Financial Department  
                         One Church Street  
                         Montgomery, AL 36104

Dated November 9, 2020

                                                               Juan-Carlos Guerrero  
                                                               Clerk of Court