**The relief described hereinbelow is SO ORDERED**

**Done this 15th day of December, 2020.**



**Bess M. Parrish Creswell**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re:
 Sunset Point Condominium Owners Association, Inc.     Chapter   7
                                                        Case No. 16-81278

 Debtor.

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On 10/27/2020, an application, DE# 148, was filed for the Claimant, Fred Crum, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $2,598.75 held in unclaimed funds be made payable to Fred Crum and be disbursed to the payee at the following address:

912 Heritage Drive
Sylacuaga, AL 35150

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

##END OF ORDER###

c: Debtor
   Bankruptcy Administrator
   Trustee
   Fred Crum, 912 Heritage Drive, Sylacauga, AL 35150
   Fred Crum, 610 Old Rockford Road, Sylacauga, AL 35150
   U.S. Attorney

Submitted by:
Janet Clark