The relief described hereinbelow is SO ORDERED

Done this 22nd day of January, 2021.

*Bess M. Parrish Creswell*

**Bess M. Parrish Creswell**
**United States Bankruptcy Judge**



_____

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re:
  Sunset Point Condominium Owners Association, Inc.      Chapter 7
                                                                      Case No. 16-81278

Debtor.

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

     On 12/10/2020, an application, DE# 158, was filed for the Claimants, Alston and Ellen Richardson, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant is entitled to the unclaimed funds; accordingly, it is hereby

     ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $3,911.25 held in unclaimed funds be made payable to Alston A. Richardson and Ellen Richardson and be disbursed to the payee at the following address:

CMR 489 Box 5
APO AE 09751

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

##END OF ORDER###

c: Debtor
  Bankruptcy Administrator
  Trustee
  Alston Richardson CMR 489 Box 5, APO AE 09751
  Ellen Richardson, CMR 480, Box 1714, APO, AE 09128
  Alston Richardson 12504 Ridgegate Drive, Herndon, VA 20170
  U.S. Attorney, 131 Clayton Street, Montgomery, AL  36104


Submitted by:
Janet Clark