The relief described hereinbelow is SO ORDERED

Done this 2nd day of February, 2021.

*Bess M. Parrish Creswell*

**Bess M. Parrish Creswell**
**United States Bankruptcy Judge**



_____

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re:
Sunset Point Condominium  Chapter 7
Owners Association, Inc.  Case No. 16-81278

Debtor.

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On 12/22/2020, an application, DE# 164, was filed for the Claimants, Roger Hank Long and Janet O. Long, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimants are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $4,123.75 held in unclaimed funds be made payable to Roger H. Long and Janet O. Long and be disbursed to the payees at the following address:

7973 Sanford Road
Alexander City, AL 35010

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

##END OF ORDER###

c: Debtor
   Bankruptcy Administrator
   Trustee
   Roger and Janet Long, 7973 Sanford Road, Alexander City, AL 35010
   Roger and Janet Long, 124 Deer Run Lane, New Site, AL 36256
   U.S. Attorney, 131 Clayton Street, Montgomery, AL 36104

Submitted by:
Janet Clark