The relief described hereinbelow is SO ORDERED

Done this 19th day of July, 2021.

*Bess M. Parrish Creswell*
**Bess M. Parrish Creswell**
**United States Bankruptcy Judge**



_____

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re:
Sunset Point Condominium Owners Association, Inc.     Chapter 7
                                                      Case No. 16-81278

Debtor.

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On 5/11/2020, an application, DE# 131, was filed for the Claimant, Dilks & Knopik, LLC, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $4,698.75 held in unclaimed funds be made payable to Dilks & Knopik, LLC as assignee to Ann Spencer and the Estate of Ann Helms and be disbursed to the payee at the following address:

35308 SE Center Street
Snoqualmie, WA 98065

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

##END OF ORDER###

c: Debtor
   Bankruptcy Administrator
   Trustee
   Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065
   Ann Spencer, 100 Spring Harbor Drive, Apt 761, Columbus GA 31904
   Marianne Ethridge, 856 Turkey Trail, Fortson, GA 31808
   James M Avera, 5427 Woodruff Farm Rd, Apt C308, Columbus, GA 31907
   Ann Helms and Ann Spencer, 3425 Flint Drive, Columbus, GA 31907
   U.S. Attorney, 131 Clayton Street, Montgomery, AL 36104

Submitted by:
Janet Clark