The relief described hereinbelow is SO ORDERED

Done this 15th day of February, 2022.

*Bess M. Parrish Creswell*
**Bess M. Parrish Creswell**
**United States Bankruptcy Judge**



_____

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re:
Sunset Point Condominium Owners
Association, Inc.

Chapter 7
Case No. 16-81278

Debtor.

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On 9/9/2021, an application, DE# 174, was filed for the Claimant, Dean Bickerton, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $3,648.75 held in unclaimed funds be made payable to Dean A. Bickerton and be disbursed to the payee at the following address:

12 Warbler Street
New Orleans, LA 70124

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

##END OF ORDER###

c: Debtor
   Bankruptcy Administrator
   Trustee
   Dean Bickerton, 12 Warbler Street, New Orleans, LA 70124
   Dean Bickerton, 1148 Melody Drive, Metairie, LA 70002
   U.S. Attorney, 131 Clayton Street, Montgomery, AL  36104

Submitted by:
Janet Clark