# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re Sunset Point Condominium Owners
    Association, Inc,

        Debtor.

Case Number  16-81278

Chapter  7

### Notice of Deficient Application for Payment of Unclaimed Funds

CLAIMANT: GUM Financial, Inc.

CLAIM AMOUNT: $2,861.25

Your application for payment of unclaimed funds cannot be processed for the following reason(s):

☐  The application is not notarized.

☐  A current photo ID is not included with the application.

☐  The payment address on the application does not match the address for payment on the AO-213, AO-213P, or W-9.

☐  The application does not give a complete history of ownership from the original claimant to the party requesting the funds.

☐  There is no notarized statement of the signing representative's authority in the package.

☐  There is no proof of the signing representative's identity in the package.

☒  Other: The ASSIGNORS' signature (Frank and Nancy Chalker) must be notarized on the assignment agreement. Additionally, an unredacted copy of Nancy Chalker's government-issued ID is also required.

The claimant must submit either the information and/or documentation listed above or must submit a written request to extend the deadline by December 9, 2022. If the court does not timely receive the new information and/or documentation, the court will deem the application withdrawn and will take no further action on it. The claimant may submit a new application if he or she wants to begin a new review process.

Send information, documentation, or requests for extension of time to the following address:

        Clerk, U.S. Bankruptcy Court
        Attn: Financial Department
        One Church Street
        Montgomery, AL  36104

Dated November 9, 2022

        Juan-Carlos Guerrero
        Clerk of Court